BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2936

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-mj-00165-KJN |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AND ORDER |
| v. | |
| THOMAS OWENS, | DATE: August 2, 2010 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Case No. 10-mj-00165-KJN.

Dated: July 29, 2010                         BENJAMIN B. WAGNER
                                             United States Attorney


                                        By:  /s/ Heiko Coppola for
                                             MATTHEW C. STEGMAN
                                             Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED:

DATED: July 29, 2010

                                             /s/ Kendall J. Newman
                                             HON. KENDALL J. NEWMAN
                                             United States Magistrate Judge